

U.S. Department of Justice

United States Attorney
Southern District of New York

**DOCKET**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/12
```

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 24, 2012

RECEIVED APR 24 2012 JUDGE KAPLAN'S CHAMBERS

**By Hand**
The Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1310
New York, New York 10007

> Re: **United States v. Mosquera Prado,**
> S1 09 Cr. 723 (LAK)

Dear Judge Kaplan:

    As directed by Your Honor at yesterday's court appearance, enclosed please find logs from the Metropolitan Correctional Center ("MCC") memorializing visits to defendant Jose Mosquera-Prado made by his current attorney, Stanislao Germán, Esq. These logs, which have been redacted to reflect only Mr. German's visits to the MCC on these days, appear to reflect that Mr. German visited the defendant on the following five occasions in March and April 2012:

    March 3, 2012, arriving at the MCC at 12:30 p.m., leaving at 3:15 p.m.
    March 7, 2012, arriving at the MCC at 9:30 a.m., leaving at 11:35 a.m.
    April 3, 2012, arriving at the MCC at 8:53 a.m., leaving at 10:30 a.m.
    April 5, 2012, arriving at the MCC at 10:08 a.m., leaving at 11:30 a.m.
    April 10, 2012, arriving at the MCC at 1:10 p.m., leaving at 3:00 p.m.

    The logs also reflect that on March 3rd, March 7th, and April 3rd, Mr. German additionally visited another inmate during his visits.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
John P. Cronan
Assistant United States Attorney
Tel.: (212) 637-2779
Fax: (212) 637-0097

Enclosure

cc: Stanislao Germán, Esq. (by email)



| DATE | TAG | Atty Name | Atty Sign | Inmate name | Inmate number | Time In | Time Out |
|---|---|---|---|---|---|---|---|
| 6/09/09 | 930 NOO | 30 12:00 | 3/2 3/2 | | German German | Magum 9496-004 | 12:05 12:35 | 3:15 3:15 |

| Inmate # | Time In | Time Out | Date | Tag # | Attorney Name | Attorney Signature | Inmate Name | Inmate # | Time In | Time Out |
|---|---|---|---|---|---|---|---|---|---|---|
| 65308on | 1:24 | 3:00 | 3/7 | 16 | German | [sig] | Mesquer | 94916-004 | 9:30 | 11:25 |
|  | 1:34 | 3:00 | 3/7 | 16 | German | [sig] |  |  | 9:30 | 11:25 |

| Date | tag # | Print | Sign name | # | in | out | Date | tag # | Pr |
|------|-----|-------|-----------|---|-----|-----|------|-----|-----|
| 4/3/12 | 17 | Germán | [sig] | Prado | 98946-003 | 8⁵⁵ | 10²⁰ | 4/3/12 | 5 | Gioff. |
| 4/3/12 | 17 | Germán | [sig] | | | 8⁵³ | 10³⁰ | 4/3/12 | 5 | Gioff |

| Inmate # | time in | time out | Date | tag # | Print name | Sign | Inmate name | Inmate # | time out |
|---|---|---|---|---|---|---|---|---|---|
| 3486-004 | 11:15 | | 4/5 | S | Gammon | [sig] | Mosquero | 9486-004 | 12:20 |

| F | time in/out | Date | tag # | Print name | Sign | Inmate name # | time in/out |
|---|---|---|---|---|---|---|---|
| -094 | 9:00 | 4/10 | 16 | German | [sig] | Mosquentido 95720003 | 1:10  3- |

| | time in/out | Date | tag # | Print name | Sign | Inmate name # | time in/out |
|---|---|---|---|---|---|---|---|