UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

-against-

JOSE MOSQUERA PRADO,

        Defendant(s).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

A copy of this order was mailed by First Class Mail to to Jose Mosquera Prado, Reeves County Detention Center 1&2, P.O. Box 1560, Pecos, TX 79772
AM  4-9-21

09-cr-0723 (LAK)

### ORDER

LEWIS A. KAPLAN, *District Judge.*

        The government shall respond to defendant's compassionate release motion on or before April 28, 2021. Defendant shall file any reply on or before May 5, 2021.

        SO ORDERED.

Dated:    April 9, 2021

_____
Lewis A. Kaplan
United States District Judge