UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

UNITED STATES OF AMERICA,

-against-                                                                  09-cr-0723 (LAK)

JOSE MOSQUERA-PRADO,

                     Defendant.

------------------------------------------x



**ORDER**

LEWIS A. KAPLAN, *District Judge*.

       On or about April 8, 2021, the Court received from defendant a motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). The motion gave defendant's address as a Reeves County Detention Center in Pecos, Texas. On the following day, the Court entered an order setting a briefing schedule that called for a response from the government by April 28 and any reply from defendant by May 5. That order was sent to defendant at the address he gave on his motion.

       The government duly filed its response to the motion. Defendant did not reply. Moreover, the copy of the scheduling order that had been sent to the defendant was returned by the USPS marked RETURN TO SENDER/VACANT/UNABLE TO FORWARD.

       Consultation of the Bureau of Prisons inmate locator on the internet now reveals that defendant is incarcerated at FCI Victorville Medium I, which is located at:

> FCI Victorville Medium I
> FEDERAL CORRECTIONAL INSTITUTION
> P.O. BOX 3725
> ADELANTO, CA 92301

       The Clerk shall mail copies of this order and of the government's response to defendant's motion (Dkt 196) to defendant at that address. The defendant shall file any reply to the government's filing no later than June 7, 2021.

       SO ORDERED.

Dated:     May 17, 2021

                                                                   Lewis A. Kaplan
                                                        United States District Judge