UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

    -against-                                          09-cr-0723-06(LAK)

JOSE MOSQUERA-PRADO,

    Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The Clerk shall mail copies of this order, the May 17, 2021 order (Dkt 197), and of the government's response to defendant's motion (Dkt 196) to defendant, certified mail - return receipt requested, addressed as follows:

> Jose Mosquera-Prado
> Register No. 94916-004
> FCI Victorville Medium I
> FEDERAL CORRECTIONAL INSTITUTION
> P.O . BOX 3725
> ADELANTO, CA 92301

        The defendant may file a reply to the government's opposition provided it is received no later than June 28, 2021.

        SO ORDERED.

Dated:     June 13, 2021

                                      /s/    Lewis A. Kaplan
                                  _____
                                          Lewis A. Kaplan
                                     United States District Judge