JOSE MOSQUERA PRADO
REEVES COUNTY DETENTION CENTER 1&2
P.O.BOX 1560
PECOS,TX. 79772.

In Pro Se.

**MEMO ENDORSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JOSE MOSQUERA PRADO         )
Petitioner                  )
                            )
                            )
Vs.                         )    Case No.- 09-CR-723-06-LAK
                            )
                            )
UNITED STATES OF AMERICA    )
Respondant                  )

MOTION FOR REDUCTION OF SENTENCE PURSUANT 18 U.S.C. 3582(c)(2)
IN LIGHT OF RETROACTIVE AFFECT OF AMENDMENT 782.

    Comes Now, Petitioner, JOSE MOSQUERA PRADO, acting in Proper Person (Pro Se) in the above cited action, humble requesting to t this Honorable Court, The use of his endowed discretionary au--thority, and GRANT this motion for Reduction of Sentence pursuant to 18 U.S.C. 3582(c)(2), In light of Retroactive effect of Amendment 782 ("Sentence Reduction Minus Two").

    Petitioner comes into this Honorable Court for Second time, due to the fact that the First time the Government opposition argued tha"was to earlie", and "premature Section 3582 (c)(2) for motion brought by defendant, like this petitioner, who would be elegible for release no earlier than 2017.

*Motion denied substantially
for the reasons stated by
the government.*

SO ORDERED.

_____
LEWIS A. KAPLAN, USDJ

7/9/21