UNITED STATES DISTRICT COURT **MEMO ENDORSEMENT**

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.                                09-cr-0723 (LAK)

JOSE MOSQUERA-PRADO,

      Defendant.

---

On or about June 24, 21, Petitioner received notice of government's reply to his motion for reduction of time. The prescribed time was set for Petitioner's reply was ordered to respond by June 7, 2021. Petitioner only recently received such notice from this Court on the above date which is June 24, 2021.

Therefore, Petitioner was rendered un-timely due to no fault of his own, and asks this court to grant him another extention of time .

This institution remains on a parcial quarentine, allowing petitioner access to the law library on designated days/time, and needs an extention in order to address his issues.

For these reasons, the Petitioner respectfully requests that the Court grants this motion.

S/ _[signature]_

Memorandum Endorsement          United States v Mosquero-Prado, 09-cr-0723 (LAK)

        This application seeks an extension of time within which to reply to the government's opposition to defendant's motion for reduction of sentence. (Dkt 192) When no timely reply was received, the Court denied the motion. (Dkt. 200) Accordingly, the motion for an extension is the Court treats defendant's motion for an extension as a motion for reconsideration. Any further submission by defendant shall be filed no later than August 6, 2021.

        The Clerk shall mail a copy of this docket item to the defendant by certified mail return receipt requested.

        SO ORDERED.

Dated:      July 15, 2021

                                  /s/     Lewis A. Kaplan
                                            Lewis A. Kaplan
                                      United States District Judge