UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Respondent,

    v.

Jose Mosquera-Prado,

    Defendant.

Case No. 09-cr-0723 (LAK)

Motion for Reconsideration and Resentencing Pursuant to 18 U.S.C. § 3582

Comes Now, Jose Mosquera-Prado, Petitioner, pro se, respectfully filing a Motion for Reconsideration and Resentencing Pursuant to 18 U.S.C. § 3582. This Motion is timely filed no later than August 6, 2021.

I. Background

On October 18, 2011, Petitioner was found guilty by a jury and convicted on one count of conspiracy to distribute and possess with intent to distribute cocaine and herion, in violation of 18 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A); and one count of conspiracy to import cocaine and herion into the United States, in violation of 21 U.S.C. §§ 963, 960(a)(1), and 960(B). Petitioner received an sentence of 280 months, in which was based on the then prescribed Sentencing Guidelines in-acted by Congress which dectated that Petitioner a sentence between the rang of 360 to life imprisonment, in which Petitioner received 280 months. Petitioner now address' this court for a two point reduction in accordence to Amendment 782 inacted by congress. Petitioner states ad follows:

**MEMO ENDORSED**

Motion denied substantively for the reasons stated by the Government in Dkt 204 and 196.

SO ORDERED

LEWIS A. KAPLAN, USDJ
8/18/21